IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00480-KDB-SCR

| | |
|---|---|
| SEAN WEINER,<br><br>**Plaintiff,**<br><br>v.<br><br>WAYPOINT RESOURCE GROUP, LLC, AND PRINCE PARKER & ASSOCIATES, INC.,<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Remand to State Court (Doc. No. 3), to which Defendants did not respond. Therefore, in the absence of opposition and for good cause shown, the Court will **GRANT** the Motion and remand the matter to the North Carolina Superior Court for Mecklenburg County.

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Motion to Remand to State Court (Doc. No. 3) is **GRANTED;**

2. The case is **REMANDED** to the North Carolina Superior Court for Mecklenburg County; and

3. The Clerk is directed to close this matter in accordance with this Order;

**SO ORDERED ADJUDGED AND DECREED.**

Signed: September 3, 2025

Kenneth D. Bell
United States District Judge